# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

USDC SDNY
DOC #:
DATE FILED: OCT 16 2018
ELECTRONICALLY FILED

SO ORDERED: 10/16/18

*Alison J. Nathan*
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

October 14, 2018

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Re: *Pham v. United States*
18 CV 7974 (AJN)
12 Cr. 423 (AJN)

> The filing schedule for proceedings concerning Mr. Pham's motion to vacate is hereby stayed pending submission of an affidavit indicating Mr. Pham's knowing and voluntary consent to Ms. Sternheim's representation. By November 7, 2018, the parties are ordered to file a joint letter providing the Court with a status update. SO ORDERED.

Dear Judge Nathan:

    With the consent of AUSA Andrew Beaty, I write to request additional time to respond to the Court's order, dated September 11, 2018, to provide with an affidavit indicating Minh Quang Pham's knowing and voluntary consent to have me represent him. Mr. Pham is incarcerated in USP Florence ADMAX under SAMs restrictions. AUSA Beaty is coordinating with the facility to make sure the BOP will facilitate my communication with Mr. Pham under SAMs.

    I request that the Court stay the filing schedule until I have been in contact with Mr. Pham and submit his affidavit, or otherwise notify the Court.

    Your consideration is greatly appreciated.

Very truly yours,

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM

cc: AUSA Andrew Beaty