UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    8/23/21
```

Ming Quang Pham,

                Petitioner,

    –v–

United States of America,

                Respondent.

18-cv-7974 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On August 21, 2018, Petitioner filed a motion to vacate his sentence under 28 U.S.C.

§ 2255, challenging his conviction under Count Five of the Indictment.  Dkt. No. 1.  This Court

on September 24, 2020, vacated Petitioner's guilty plea to Count Five, as well as to two other

counts in the Indictment, and nullified the plea agreement.  *United States v. Pham*, 12-CR-423,

Dkt. No. 191.  The Government filed a Superseding Indictment on April 8, 2021.  *United States*

*v. Pham*, 12-CR-423, Dkt. No. 202.  The Court therefore DENIES Petitioner's motion as moot.

The Court respectfully asks the Clerk of Court to close the case.

    SO ORDERED.

Dated: August 23, 2021
      New York, New York

                                 ALISON J. NATHAN
                         United States District Judge